# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Damian Quijada Jasso,<br><br>Defendant. | No. CR-16-00480-001-TUC-JGZ (BGM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bruce G. Macdonald that recommends finding that Defendant Damian Quijada Jasso violated Special Condition No. 1 (Allegation A).

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendation is not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 90) is accepted and adopted;
2. The Court finds Defendant Jasso violated Special Condition No. 1 (Allegation A);

3. Probation is directed to prepare a disposition report.

4. The final disposition hearing remains set for October 11, 2017 at 11:20 a.m. before Judge Jennifer G. Zipps.

Dated this 4th day of October, 2017.

_____
Honorable Jennifer G. Zipps
United States District Judge